THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SLOAN, Appellant.— Judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. The judgment of conviction is adequately supported by the record to the extent that it leaves no reasonable doubt of the guilt of defendant. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SPADARO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crimes of endangering the morals of children and indecent exposure, unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.